IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01196-EWN-BNB

CRAIG HOSPITAL, a Colorado non-profit corporation, as assignee for ROBERT J. DIDION,

Plaintiff,

v.

UNITED AIRLINES, INC. EMPLOYEE WELFARE BENEFIT PLAN,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendant's Unopposed Motion to Vacate Hearing as Moot** (the "Motion"), filed on October 11, 2005.

IT IS ORDERED that the Motion is GRANTED and the hearing set for October 14, 2005, is VACATED.

IT IS FURTHER ORDERED that the **Defendant's Motion for Extension of Time to Supplement Administrative Record** is DENIED AS MOOT.

DATED: October 11, 2005