IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01196-EWN-BNB

CRAIG HOSPITAL, a Colorado non-profit corporation, as assignee for ROBERT J. DIDION,

Plaintiff,

v.

UNITED AIRLINES, INC. EMPLOYEE WELFARE BENEFIT PLAN,

Defendant.
_____

## ORDER
_____

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before **November 28, 2005**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated November 16, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge