IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  05-cv-01196-EWN-BNB

CRAIG HOSPITAL, a Colorado non-profit corporation, as assignee for ROBERT J. DIDION,

    Plaintiff,

v.

UNITED AIRLINES, INC. EMPLOYEE WELFARE BENEFIT PLAN,

    Defendant.

## ORDER FOR DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the parties Stipulation for Dismissal with Prejudice, and this Court having reviewed the stipulation and being otherwise fully informed in the premises

ORDERS:

This case is dismissed with prejudice with each party to pay its own costs and attorney's fees.

Dated this 6th day of December, 2005.

                                            BY THE COURT:

                                            s/ Edward W. Nottingham
                                            EDWARD W. NOTTINGHAM
                                             U.S. District Court Judge